NHAN T. VU (State Bar No. 189508)
EDWARD T. ATTANASIO (State Bar No. 119485)
WILLENKEN WILSON LOH & LIEB, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Tel: (213) 955-9240
Fax: (213) 955-9250
E-mail: nvu@willenken.com
        eattanasio@willenken.com

Attorneys for Plaintiff and Counterclaim-Defendant MINKA LIGHTING, INC.

RONALD D. KURTZ (State Bar. No. 195918)
LOCKE LORD BISSELL & LIDDELL, LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Tel: (213) 485-1500
Fax: (213) 485-1200
E-mail: rkurtz@lockelord.com

ROBERT MCAUGHAN, JR. (Admitted Pro Hac Vice)
D. BRIT NELSON (Admitted Pro Hac Vice)
LOCKE LORD BISSELL & LIDDELL, LLP
2800 JP Morgan Chase Tower, 600 Travis
Houston, TX 77022
Tel: (713) 226-1200
Fax: (713) 223-3717
E-mail: bmcaughan@lockelord.com
        dbnelson@lockelord.com

Attorneys for Defendant and Counterclaimant EMERSON ELECTRIC CO.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MINKA LIGHTING, INC.,<br>  Plaintiff and Counterclaim-Defendant,<br>    v.<br>EMERSON ELECTRIC CO., and DOES 1 through 10,<br>  Defendants and Counterclaimant. | Case No.: CV 10-00921-AHM (OPx)<br><br>**ORDER ON STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS**<br><br>**JURY TRIAL DEMANDED** |

      Plaintiff Minka Lighting, Inc. ("Plaintiff") and Defendant Emerson Electric Co. ("Defendant") (collectively, the "Parties" or individually, a "Party"), through their respective counsel, having RESOLVED their differences by agreement, and pursuant

- 1 -
STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS; AND ORDER

to Fed. R. Civ. P. 41, and with respect to the claims advanced in the referenced action, Plaintiff and Counterclaim-Defendant Minka Lighting, Inc. ("Minka") and Defendant and Counterclaimant Emerson Electric Co. ("Emerson") jointly stipulate and request the Court to enter an order that:

1. all claims brought by Minka against Emerson be dismissed WITH PREJUDICE;

2. Emerson's counterclaims against Minka be dismissed AS MOOT; and

3. each party bear its own costs and attorneys fees for this action.

**IT IS SO ORDERED.**

Dated: October 07, 2010

_____
Hon. A. Howard Matz
United States District Judge

**JS-6**

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:**

| WILLENKEN WILSON LOH & LIEB, LLP | LOCKE LORD BISSELL & LIDDELL, LLP |
|---|---|
| By  /s/Nhan T. Vu  <br>Nhan T. Vu<br>Attorneys for Plaintiff and Counter-Defendant Minka Lighting, Inc. | By  /s/ Ronald D. Kurta  <br>Ronald D. Kurtz<br>Attorneys for Defendant and Counterclaimant Emerson Electric Co. |